UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 2011-134 (WOB-CJS)

DANA A. FULCHER
And
JAMES FULCHER                                              PLAINTIFFS

VS.                          <u>JUDGMENT</u>

BOB EVANS FARMS, INC.
And
BEF REIT, INC.                                             DEFENDANTS

Pursuant to the Court's Order entered concurrently herewith,

**IT IS ORDERED AND ADJUDGED** that the within action be, and it hereby is, **dismissed, without prejudice**, and **stricken** from the docket of this Court.

This 3rd day of January, 2013.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge